UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| LISA SLEPICOFF REYES, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-01367-KJD-CWH |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| BAC HOME LOANS SERVICING LP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Non-Opposition to Defendants' Motion to Strike Plaintiff's Motion to Compel (#32) and Plaintiff's Notice of Withdrawal (#33), both filed May 25, 2012.

Plaintiff has notified the Court that she does not oppose Defendants' Motion to Strike (#30), which seeks to strike Plaintiff's Motion to Compel (#28).[1] Based on this notice and Plaintiff's failure to respond, Plaintiff consents to the granting of Defendants' motion. *See* Local Rule 7-2(d). Accordingly,

**IT IS HEREBY ORDERED** that Defendants' Motion to Strike Plaintiff's Motion to Compel (#30) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **STRIKE** Plaintiff's Motion to Compel (#28) from the docket.

DATED this 29th of May, 2012.

_____
C.W. Hoffman Jr.
United States Magistrate Judge

---

[1] Plaintiff further notified the Court that she withdraws her Motion to Stay Proceedings (#9), however, the Court previously entered an order denying this motion on October 3, 2011 (#17).