# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LISA REYES,

    Plaintiff,

v.

BANK OF AMERICA, NA , *et al*.,

    Defendants.

Case No. 2:11-CV-01367-KJD-CWH

**ORDER**

    On October 3, 2012, Plaintiff and Defendants stipulated that Defendants should have an extension of time up to and including November 1, 2012, to file their Reply to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.  The Court did not enter this stipulation.  However, Defendants failed to file a timely reply or a reply on the stipulated date of November 1, 2012.

    Accordingly, **IT IS HEREBY ORDERED** that Defendants shall have 7 days from the date of this Order to file their reply, if any, to Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint.

    DATED this 14th day of November 2012.

_____
Kent J. Dawson
United States District Judge